UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LAUREN JULIFF,                                                         :
:
                Plaintiff,                 :
:     20-CV-699 (JPC)
     -v-                                                              :
:     ORDER
HEADOUT INC.,                                                          :
:
                Defendant.                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 27, 2021, the Court entered a stipulation between the parties, pursuant to which Defendant Headout Inc. agreed to liability for copyright infringement under 17 U.S.C. §§ 106 and 501, as alleged in the Complaint. Dkt. 21. In that stipulation, the parties also agreed that the Court shall enter a judgment of liability against Defendant in an amount to be determined by the Court, and that Defendant retains the right to oppose Plaintiff's entitlement to any damages or costs. *Id.* at 2.

       The parties are hereby ORDERED to submit briefing on the issue of damages pursuant to 17 U.S.C. § 504(b) and costs pursuant to Federal Rule of Civil Procedure 54(d). Plaintiff's submission, including any declarations and supporting exhibits, is due on or before February 19, 2021. Defendant's opposition is due March 5, 2021, and Plaintiff's reply, if any, is due March 12, 2021.

       SO ORDERED.

Dated: February 5, 2021
       New York, New York
                                                         JOHN P. CRONAN
                                                       United States District Judge