UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAUREN JULIFF,

                Plaintiff,                              20 **CIVIL** 699 (JPC)

      -against-                                **JUDGMENT**

HEADOUT, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2021, For the foregoing reasons, including the parties' stipulation of Headout's liability, Juliff's motion for judgment, Dkt. 23, is granted and the Court awards Juliff $545 in damages and $441.20 in costs; accordingly, this case is closed.

**Dated:**  New York, New York
         August 31, 2021

                                                          **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                                     **BY:**
                                                               **Deputy Clerk**